IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

        Plaintiff,                   No. CIV S-04-1108 GEB JFM P

    vs.

CDC OFFICER SHERBIN, et al.,

        Defendants.         ORDER

_____/

        On September 2, 2005, plaintiff voluntarily dismissed his appeal. Accordingly, plaintiff will be required to comply with this court's July 28, 2005, order or risk having his case dismissed for failure to prosecute this action.

        IT IS HEREBY ORDERED that:

        1. Plaintiff is granted twenty days from the date of this order in which to file a certificate of service as required by this court's July 28, 2005 order;

        2. No further extensions of time will be granted.

DATED: September 6, 2005.

                                UNITED STATES MAGISTRATE JUDGE

/001;eich1108.ext