IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

      Plaintiff,                    2:04-cv-1108-GEB-JFM-P

   vs.

CDC OFFICER SHERBIN, et al.,

      Defendants.         <u>ORDER</u>

_____/

        On November 29, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 18, 2005, refraining from ordering service of process on the wardens, chief medical officers and deputy wardens named in the third amended complaint.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1     Therefore, IT IS HEREBY ORDERED that, upon
2 reconsideration, the order of the magistrate judge filed
3 November 18, 2005, is affirmed.
4 DATED:  December 19, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge