1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DWAYNE EICHLER,

11             Plaintiff,                    No. CIV S-04-1108 GEB JFM P

12        vs.

13   CDC OFFICER SHERBIN, et al.,

14             Defendants.                   ORDER

15   _____/

16             Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  On

17   December 23, 2005, plaintiff filed a document entitled "Opposition to Third Amended

18   Complaint."  Rule 7 of the Federal Rules of Civil Procedure provides as follows:

19             There shall be a complaint and an answer; a reply to a counterclaim
               denominated as such; an answer to a cross-claim, if the answer contains a
20             cross-claim; a third-party complaint, if a person who was not an original
               party is summoned under the provisions of Rule 14; and a third-party
21             answer, if a third-party complaint is served.  No other pleading shall be
               allowed, except that the court may order a reply to an answer or a third-
22             party answer.

23   Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'

24   answer and declines to make such an order.

25   /////

26   /////

1

1          In accordance with the above, IT IS HEREBY ORDERED that plaintiff's

2     December 23, 2005 opposition will be placed in the court file and disregarded.

3     DATED:  February 7, 2006.

4

5

6     UNITED STATES MAGISTRATE JUDGE

7

8

9     /001; eich1108.frcp7

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2