IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,                                No. CIV S-04-1108 GEB JFM P

    vs.

CDC OFFICER SHERBIN, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 23, 2006, defendants filed a request for extension of time to respond to plaintiff's discovery requests. Good cause appearing, defendants' request will be granted.

        On March 7, 2006, plaintiff filed a request a form to subpoena documents. It appears plaintiff wishes to subpoena copies of his medical records from the University of California Davis Medical Center. Plaintiff is advised that he does not need to subpoena copies of his own medical records. Plaintiff may obtain copies of his medical records by providing a release. However, the medical center may charge for copies of his medical records. Plaintiff may wish to seek the assistance of Attorney's Diversified Services (ADS),1424 21st Street, Sacramento, CA 95814, whose phone number is 916-441-4396 to obtain these copies. Plaintiff is advised that in forma pauperis status does not include the cost of copies.

1

1    Moreover, plaintiff is advised that he may obtain copies of his medical records
2 from his prison medical file.  Copies of medical records for services provided at the UC Davis
3 Medical Center should be included in plaintiff's prison medical file.  The institution has
4 procedures in place that allows plaintiff to review and obtain copies of records contained in this
5 file.  So long as plaintiff follows the institutional procedures for obtaining these copies, plaintiff
6 may obtain copies from the prison.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Defendants' February 23, 2006 request for extension of time to respond to
plaintiff's discovery requests is granted; and

   2.  Plaintiff's March 7, 2006 request for a subpoena form is denied without
prejudice..

DATED:  March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001
eich1108.sub

2