IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

        Plaintiff,                      No. CIV S-04-1108 GEB JFM P

    vs.

CDC OFFICER SHERBIN, et al.,

        Defendants.              <u>ORDER</u>

                              /

        On March 30, 2006, defendants filed a second request for extension of time to respond to plaintiff's discovery requests. Defendants were previously granted until April 7, 2006 in which to respond. Defendants seek a second extension of time to April 24, 2006 in which to respond to plaintiff's discovery requests. However, discovery closes in this action on April 21, 2006. (<u>See</u> December 23, 2005 Scheduling Order.) Accordingly, defendants will be granted an extension of time up to and including April 17, 2006. No further extensions of time will be granted.

        On March 24, 2006, plaintiff filed a request for clarification of this court's March 16, 2006 order disregarding plaintif's request for production of documents. However, by order filed March 27, 2006, plaintiff's request for subpoena was addressed.

        IT IS HEREBY ORDERED that defendants' March 30, 2006 request for a second

1

extension of time to respond to plaintiff's discovery is partially granted; defendants shall respond to plaintiff's discovery no later than April 17, 2006.

DATED:   April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001
eich1108.eot2