IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,                         No. CIV S-04-1108 GEB JFM P

    vs.

CDC OFFICER SHERBIN, et al.,

    Defendants.                     <u>ORDER</u>

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 31, 2006 and September 1, 2006, defendants filed motions to vacate the pretrial and trial dates based on the pending dispositive motions.  Good cause appearing, defendants' motions to vacate the pretrial and trial dates will be granted.  The September 29, 2006 pretrial conference date and the December 19, 2006 trial date will be vacated.  These dates will be reset, if appropriate, following resolution of the dispositive motions.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' August 31, 2006 and September 1, 2006 motions to vacate the pretrial and trial dates are granted;

        2. The September 29, 2006 pretrial conference date is vacated; and

1

3. The December 19, 2006 trial date, set before the Honorable Garland E. Burrell, is vacated.

DATED: September 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001
eich1108.vac