IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,                    No. CIV S-04-1108 GEB JFM P

    vs.

CDC OFFICERS SHERBURN
AND LEBECK,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The district court denied defendants' motion for summary judgment by order filed November 1, 2006. On November 29, 2006, counsel for defendants filed a notice of interlocutory appeal. On November 21, 2006, plaintiff filed a notice of appeal. Good cause appearing, the schedule set in this court's November 14, 2006 order will be vacated and this action will be stayed pending resolution of these appeals. Plaintiff and counsel for defendants shall notify this court within twenty days from any order from the appellate court resolving the appeals.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The November 14, 2006 revised scheduling order is vacated pending the parties' appeal.

2. The March 2, 2007 pretrial conference set before the undersigned is vacated.

3. The jury trial set before the Honorable Garland E. Burrell, Jr. on May 8, 2007 at 9:00 a.m. in Courtroom #10 is vacated.

4. This action is stayed pending resolution of the interlocutory appeals.

5. Plaintiff and counsel for defendants shall notify this court within twenty days from the date the appellate court resolves the appeals.

DATED: December 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; eich1108.vac2

2