IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,                             No. 2:04-cv-1108 GEB JFM (PC)

    vs.

CDC OFFICER SHERBIN, et al.,

    Defendants.                   <u>ORDER</u>

                                   /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2011 the court referred this case for the appointment of counsel. Glenn Peterson was selected from the court's Pro Bono Panel to represent plaintiff and Mr. Peterson has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Glenn Peterson is appointed counsel in the above entitled matter and should contact Sujean Park, at (916) 930-4278 or spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

2. The Clerk of the Court is directed to serve a copy of this order upon Glenn Peterson, Millstone, Peterson & Watts, LLP, 2267 Lava Ridge Court, Suite 210, Roseville, California 95661.

DATED: February 9, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

sp
eich1108.31