IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Plaintiff,                    No. 2:04-cv-1108 GEB JFM (PC)

    vs.

CDC OFFICER SHERBIN, et al.,

    Defendants.           <u>ORDER</u>

                              /

        On February 17, 2011, plaintiff filed pro se a motion for reconsideration of the magistrate judge's February 10, 2011 order granting defendant Mercy Hospital's motion for extension of time to file a motion for summary judgment. On February 22, 2011, plaintiff filed pro se a motion, dated February 5, 2011, for reconsideration of paragraphs 2, 6 and 7 of the magistrate judge's order filed January 28, 2011. In paragraph 2 of the order, the magistrate judge denied plaintiff's motion to amend his complaint in all respects except as to plaintiff's motion to substitute Dr. Gary Nugent in place of a Doe defendant named in plaintiff's state law medical malpractice and negligence claims. In paragraph 6 of the order, the magistrate judge denied plaintiff's October 19, 2010 motion to compel. In paragraph 7 of the order, the magistrate judge denied without prejudice plaintiff's motion for leave to file a supplemental brief.

/////

1

1   Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld
2   unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that
3   it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.
4   Moreover, by order filed February 10, 2011, counsel was appointed to represent plaintiff in this
5   action.  All requests for court action on plaintiff's behalf should be made, if at all, by his attorney
6   of record.

7   Therefore, IT IS HEREBY ORDERED that plaintiff's February 17, 2011 and
8   February 22, 2011 motions for reconsideration are denied.

Dated: March 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge